

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

January 27, 2015

Sean Alastair Keane-Dawes
The Law Office of Sean Keane-Dawes
118 Broadway St Ste 530
San Antonio, TX 78205-2378
* DELIVERED VIA E-MAIL *

Kevin Carlton
The Carlton Group
1100 NW Loop 410
suite 700
San Antonio, TX 78213

RE: Court of Appeals Number: 04-14-00759-CV
   Trial Court Case Number: 2012-CI-19961
   Style: Gregory Jackson
      v.
     Kevin Carlton

The Appellant's Appendix has this date been received and filed in the above styled and numbered cause.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Luz Estrada
Deputy Clerk, Ext. 3219

## COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037



RETURN TO SENDER
UNABLE
TO FORWARD

SAN ANTONIO
TX 780
OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.48⁰
02 1P
0003179973     JAN 28 2015
MAILED FROM ZIP CODE 78205

Kevin Carlton
The Carlton Group
1100 NW Loop 410
suite 700
San Antonio, TX  78213

U TF

7821322587

